UNITED STATES DISTRICT COURT
for the
DISTRICT OF. CONNECTICUT

| | |
|---|---|
| **JAY CONNOR, individually and on behalf of all others similarly situated** )<br>)<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>)<br>**MEDGUARD ALERT INC.** )<br>)<br>*Defendant* | Civil Action No. 3:25-CV-02162-VDO |

## AFFIDAVIT OF SERVICE

I, Mark Ciarciello, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Medguard Alert, Inc. in Lower Connecticut River Valley Planning Region, CT on December 31, 2025 at 1:25 pm at 1125 Middle St., Middletown, CT 06457 by leaving the following documents with Kevin Carducci who as Director is authorized by appointment or by law to receive service of process for Medguard Alert, Inc..

SUMMONS IN A CIVIL CASE, CIVIL COVER SHEET, PROOF OF SERVICE, PLAINTIFF'S CLASS ACTION COMPLAINT, EXHIBIT(S), STANDING PROTECTIVE ORDER, NOTICE OF ELECTRONIC FILING
Race: White, Sex: Male, Est. Age: 25-34, Hair: Black, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=41.6010133333,-72.7215416667
Photograph: See Exhibit 1


Total Cost: $120.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

__South Central Connecticut Planning Region__,

__CT__ on __12/31/2025__.

/s/ *Mark Ciarciello*
_____
Signature
Mark Ciarciello
+1 (203) 738-9613



Exhibit 1a)