IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MEDGUARD ALERT INC.<br><br>Defendant. | Case No. 25-cv-2162 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs hereby file this Notice of Voluntary Dismissal without Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment. The Plaintiff takes no position on the Court's pending Show Cause Order, but the resolution of the lawsuit that recently occurred between the parties does require the filing of this dismissal.

DATED this 1st day of February, 2026.

By: _/s/ Anthony I. Paronich_
  Anthony I. Paronich, Esq.

PARONICH LAW, P.C.
Anthony I. Paronich, Esq.
*Counsel for Plaintiff*

350 Lincoln Street, Suite 2400
Hingham, MA 02043.
(508) 221-1510
anthony@paronichlaw.com